

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re Liberty County Mutual Insurance Company

Appellate case number:    01-21-00141-CV

Trial court case number:  2017-52441

Trial court:                      234th District Court of Harris County

      Real party in interest, Martina M. Valyan, has filed a motion for extension of time in which to file her response to relator's petition for writ of mandamus. Real party in interest's motion is **granted**. Real party in interest's response is due June 11, 2021.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                   Acting individually

Date: <u>May 6, 2021</u>